# NO. 12-20-00262-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EAST TEXAS KIDNEY SPECIALISTS, P.A., RAJIV VIJ M.D., P.A. AND WALGREEN CO., APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 2* |
| *STEVEN GARRISON, APPELLEE* | § | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants, East Texas Kidney Specialists, P.A., and Rajiv Vij, M.D., P.A., filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellants' motion to dismiss is granted, and the appeal is ***dismissed*** AS TO East Texas Kidney Specialists, P.A. and Rajiv Vij M.D., P.A. *See* TEX. R. APP. P. 42.1(a)(1). All costs are taxed against the party incurring same. This dismissal does not affect the appeal filed by Walgreen Co.

Opinion delivered December 22, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 22, 2020**

**NO. 12-20-00262-CV**

**EAST TEXAS KIDNEY SPECIALISTS, P.A.,
RAJIV VIJ M.D., P.A. AND WALGREEN CO.,**
Appellants
V.
**STEVEN GARRISON,**
Appellee

Appeal from the County Court at Law No. 2
of Gregg County, Texas (Tr.Ct.No. 2020-761-CCL2)

THIS CAUSE came on to be heard on the motion of the Appellants East Texas Kidney Specialists, P.A., and Rajiv Vij, M.D., P.A., to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed** as to East Texas Kidney Specialists, P.A., and Rajiv Vij, M.D., P.A., and that the decision be certified to the court below for observance. All costs are taxed against the party incurring same. This dismissal does not affect the appeal filed by Walgreen Co.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*